UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No. 08-cv-00682-WYD-BNB

X-CLEARING CORP., a Colorado corporation,

Plaintiff,

v.

CLX & ASSOCIATES, INC., a Florida corporation,
and MARINE EXPLORATION, INC., a Colorado corporation,

Defendants.

_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference. Counsel indicated that additional time may assist the parties in resolving the case, and modifications to the proposed scheduling order are required. In summary and for the reasons stated on the record this morning:

IT IS ORDERED that a supplemental scheduling conference is set for **July 7, 2008, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

IT IS FURTHER ORDERED that the parties shall submit a revised proposed scheduling order on or before **July 3, 2008**.

IT IS FURTHER ORDERED that the parties shall promptly notify the court if the case is resolved prior to July 7, 2008, and request that the scheduling conference be vacated.

Dated May 28, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge