IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00682-WYD-BNB

X-CLEARING CORP., a Colorado corporation,

    Plaintiff,

v.

CLX & ASSOCIATES, INC., a Florida corporation; and
MARINE EXPLORATION, INC., a Colorado corporation,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss with Prejudice (filed July 15, 2008). The Stipulation seeks a dismissal of the case with prejudice pursuant to FED. R. CIV. P. 41(a)(1)(a) due to a settlement that resolves the disputes underlying the lawsuit. After a careful review of the stipulated motion and the file, it is

ORDERED that the Stipulated Motion to Dismiss With Prejudice is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and expenses.

    Dated: July 15, 2008

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge